IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTINE N. BUI, | No. C 13-2879 RS |
| Plaintiff, | |
| v. | **ORDER OF SERVICE AND INSTRUCTIONS TO CLERK** |
| BENJAMIN F. PARKS, | |
| Defendant. | |

Plaintiff Christine N. Bui, proceeding pro se, filed a complaint requesting judicial review of a decision of the Commissioner of Social Security. Dkt. 1. She also filed an application to proceed in forma pauperis (IFP). Dkt. No. 2. The IFP application was granted, but the complaint was dismissed pursuant to the Court's continuing duty to dismiss any case in which a party seeks to proceed *in forma pauperis* if it determines that the complaint fails to state a claim upon which relief may be granted. *See* Dkt. No. 4; 28 U.S.C. § 1915(e)(2).

Bui has now filed an amended complaint that resolves the deficiencies of the initial complaint. She has filled in the form complaint for requesting judicial review of a social security decision legibly and completely, identifying the decision for which she seeks judicial review. For the foregoing reasons, the Court orders as follows: the Clerk of the Court shall issue summons and the United States Marshal shall serve, without prepayment of fees, a copy of the complaint in this

1  matter, all attachments thereto, and a copy of this order upon Carolyn W. Colvin, Acting
2  Commissioner of Social Security.
3      IT IS SO ORDERED.
4  Dated:  10/1/13

    RICHARD SEEBORG
    UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

No. C 13-2879 RS
ORDER