UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE N. BUI,<br>　　　　Plaintiff,<br>　　v.<br>CAROLYN W. COLVIN,<br>　　　　Defendant. | Case No.  13-cv-02879-VC<br><br>**ORDER** |

Pursuant to the Procedural Order for Social Security Review Actions (Docket No. 3), a social security plaintiff is required to serve and file a motion for summary judgment or for remand within 28 days of service of defendant's answer. Defendant Colvin filed an answer in this case on Feburary 6, 2014. (Docket No. 12). As of the date of this Order, Plaintiff Bui has not filed a motion for summary judgment or for remand, nor has the Court received any other communication from Bui. Accordingly, Bui is ORDERED to file a motion for summary judgment or for remand by **May 30, 2014**. If Bui does not do so, the Court may dismiss the case for failure to prosecute under Federal Rule of Civil Procedure 41(b) without further notice.

**IT IS SO ORDERED.**

Dated: May 1, 2014

_____
VINCE CHHABRIA
United States District Judge