UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE N. BUI,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br><br>    Defendant. | Case No. 13-cv-02879-VC<br><br>**ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE** |

Pursuant to the Procedural Order for Social Security Review Actions (Docket No. 3), Plaintiff Christine Bui was required to file a motion for summary judgment or for remand by March 6, 2014. Bui did not do so. On May 1, 2014, the Court ordered Bui to file the required motion by May 30, 2014 and warned that failure to do so could result in dismissal of the case. (Docket No. 15). As of the date of this Order, Bui has still not filed a motion for summary or for remand, nor has the Court received any other communication from Bui. Accordingly, this case is dismissed for failure to prosecute, pursuant to Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED.**

Dated: June 3, 2014

_____
VINCE CHHABRIA
United States District Judge